**MINUTE ENTRY**
**BARBIER, J.**
**APRIL 13, 2011**
**JS-10: 5 min.**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**CALL DOCKET**                                                              **CALL DOCKET**

The following case was called this day to show cause why it should not be DISMISSED. After hearing, IT IS ORDERED that the said case be disposed of as indicated below:

**C.A. 10-2862   CARRICK VS AT&T**

Plaintiff's counsel does not appear.
**ORDERED** that this case be dismissed without prejudice, for failure to prosecute.

_____
**CARL J. BARBIER**
**UNITED STATES DISTRICT JUDGE**